United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAGO CORP, | No. C 06-07644 SI |
| Plaintiff, | **ORDER** |
| v. | |
| SAMSUNG ELECTRONICS, | |
| Defendant. | |

I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

Dated: 1/19/07

SUSAN ILLSTON
United States District Judge