1  JEROME C. ROTH (SBN 159483)
   MUNGER, TOLLES & OLSON LLP
2  560 Mission Street
   Twenty-Seventh Floor
3  San Francisco, CA  94105-2907
   Telephone:     (415) 512-4000
4  Facsimile:      (415) 512-4077
   *jerome.roth@mto.com*
5
   Attorneys for Defendant
6  LG.PHILIPS LCD AMERICA, INC.

7

8

9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12

13 Crago Corporation, individually and on behalf of all those similarly situated,   CASE NO.  C 06-7644 (~~SI~~)  MMC

14        Plaintiff,   **STIPULATION FOR EXTENSION OF TIME** ; ORDER THEREON

15    vs.   ~~Honorable Susan Illston~~

16 LG.Philips LCD Co. Ltd., LG.Philips LCD America, Inc.; Samsung Electronics Co. Ltd.;
17 Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba
18 Matsushita Display Technology Co., Ltd.; Hitachi Ltd.; Hitachi Displays, Ltd.; Hitachi
19 America Ltd.; Hitachi Electronic Devices (USA), Inc.; Sanyo Epson Imaging Devices
20 Corporation; NEC Corporation; NEC LCD Technologies, Ltd.; NEC Electronics America,
21 Inc.; IDT International Ltd.; AU Optronics; International Display Technology Co., Ltd.;
22 International Display Technology USA Inc.; AU Optronics Corporation America; Chi Mei
23 Optoelectronics; Chi Mei Optoelectronics USA, Inc.; Chunghwa Picture Tubes Ltd.;
24 Hannstar Display Corporation;

25        Defendants.

26

27

28

1235443.3                                                STIPULATION FOR EXTENSION
                                                         OF TIME   CASE NO. C 06-7644 (SI)

1        WHEREAS plaintiff filed a complaint in the above-captioned case on or about

2  December 13, 2006;

3        WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid

4  Crystal Display ("LCD") products;

5        WHEREAS plaintiff and LG.Philips LCD America, Inc. ("LPL America") have

6  agreed that an orderly schedule for any response to the pleadings in this case would be more

7  efficient for the parties and for the Court;

8        WHEREAS plaintiff agrees that the deadline for LPL America to respond to the

9  Complaint shall be extended until forty-five days after the filing of this Stipulation and Order;

10       WHEREAS this Stipulation does not constitute a waiver by LPL America of any

11  defense, including but not limited to the defenses of lack of personal or subject matter

12  jurisdiction, insufficiency of process, insufficiency of service of process, or improper venue.

13       PLAINTIFF AND DEFENDANT LPL AMERICA, BY AND THROUGH THEIR

14  RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

15       The deadline for LPL America to respond to the Complaint shall be extended until

16  forty-five days after the filing of this Stipulation and Order.

17       IT IS SO STIPULATED.

18  DATED: January 10, 2007                     Respectfully submitted,

19                                              MUNGER, TOLLES & OLSON LLP

20                                              By:      /s/ *Jerome C. Roth*
21                                                       JEROME C. ROTH
                                                         Attorneys for Defendant
22                                                       LG.PHILIPS LCD AMERICA, INC
    Of Counsel:
23
    Michael R. Lazerwitz
24  Jeremy J. Calsyn
    Lee F. Berger
25  CLEARY GOTTLIEB STEEN &
       HAMILTON LLP
26  2000 Pennsylvania Avenue, NW
    Washington, DC  20006
27  Telephone:   (202) 974-1500
    Facsimile:   (202) 974-1999
28

1235443.3                          - 1 -                 STIPULATION FOR EXTENSION
                                                         OF TIME   CASE NO. C 06-7644 (SI)

| | |
|---|---|
| DATED: January 10, 2007 | SAVERI & SAVERI, INC. |
| | By: /s/ |
| | GUIDO SAVERI |
| | R. ALEXANDER SAVERI |
| | CADIO ZIRPOLI |
| | Attorneys for Plaintiff |
| | CRAGO CORPORATION |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: January 24, 2007

_____
~~Honorable Susan Illston~~
Judge of the United States District Court

### CERTIFICATION

I, Jerome C. Roth, am the ECF User whose identification and password are being used to file this Stipulation For Extension Of Time. In compliance with General Order 45.X.B, I hereby attest that Cadio Zirpoli has concurred in this filing.