1  JEROME C. ROTH (SBN 159483)
   MUNGER, TOLLES & OLSON LLP
2  560 Mission Street
   Twenty-Seventh Floor
3  San Francisco, CA  94105-2907
   Telephone:     (415) 512-4000
4  Facsimile:     (415) 512-4077
   *jerome.roth@mto.com*

5
   Attorneys for Defendant
6  LG.PHILIPS LCD AMERICA, INC.

7

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13 | Crago Corporation, individually and on behalf of all those similarly situated, | CASE NO.  C 06-07644 (MMC ) |
|---|---|
|  | **SECOND AMENDED STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| Plaintiff, | |
| vs. | |
| LG.Philips LCD Co. Ltd., LG.Philips LCD America, Inc.; Samsung Electronics Co. Ltd.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba Matsushita Display Technology Co., Ltd.; Hitachi Ltd.; Hitachi Displays, Ltd.; Hitachi America Ltd.; Hitachi Electronic Devices (USA), Inc.; Sanyo Epson Imaging Devices Corporation; NEC Corporation; NEC LCD Technologies, Ltd.; NEC Electronics America, Inc.; IDT International Ltd.; AU Optronics; International Display Technology Co., Ltd.; International Display Technology USA Inc.; AU Optronics Corporation America; Chi Mei Optoelectronics; Chi Mei Optoelectronics USA, Inc.; Chunghwa Picture Tubes Ltd.; Hannstar Display Corporation; | Honorable Maxine M. Chesney |
| Defendants. | |

1    WHEREAS plaintiff filed a complaint in the above-captioned case on or about
2    December 13, 2006;

3    WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid
4    Crystal Display ("LCD") products;

5    WHEREAS at least forty complaints have been filed to date in federal district
6    courts throughout the United States by plaintiffs purporting to bring class actions on behalf of
7    direct and indirect purchasers alleging antitrust violations by manufacturers of LCD products
8    (collectively, "the LCD Cases");

9    WHEREAS there are motions pending before the Judicial Panel on Multidistrict
10   Litigation ("JPML") to transfer the LCD cases to the Northern District of California and the
11   District of New Jersey for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

12   WHEREAS plaintiff anticipates the possibility of Consolidated Amended
13   Complaints in the direct and indirect LCD cases;

14   WHEREAS plaintiff and LG Philips LCD America, Inc. ("LPL America") have
15   agreed that an orderly schedule for any response to the pleadings in this case would be more
16   efficient for the parties and for the Court;

17   WHEREAS plaintiff agrees that the deadline for LPL America to respond to the
18   Complaints in the above-captioned case shall be extended until the earlier of the following two
19   dates:   (1)  forty-five days after the filing of Consolidated Amended Complaint(s) in the
20   transferee court in which the LCD Cases are consolidated by the JPML; or (2)  forty-five days
21   after plaintiffs provide written notice to LPL America that they do not intend to file a
22   Consolidated Amended Complaint, provided that such notice may be given only after the initial
23   case management conference in the MDL transferee court in this case;

24   WHEREAS plaintiff further agrees that this extension is available, without further
25   stipulation with counsel for plaintiff to all named defendants who notify plaintiff in writing of
26   their intention to join this extension;

27   WHEREAS this Stipulation does not constitute a waiver by LPL America or any
28   other defendant of any defense, including but not limited to the defenses of lack of personal or

1239544.2                                        - 1 -                    SECOND AMENDED STIPULATION AND
                                                                          [PROPOSED] ORDER FOR EXTENSION OF
                                                                          TIME   CASE NO. C 06-07644 (MMC)

1 subject matter jurisdiction, insufficiency of process, insufficiency of service of process, or
2 improper venue.

3       WHEREAS LPL America (and any other named defendant who provides notice of
4 its intention to join this extension provided by this Stipulation) agrees that, notwithstanding the
5 other terms of this Stipulation, should it respond to any complaint in another LCD case field in
6 another United States District Court prior to the date contemplated by this Stipulation (except
7 pursuant to Court Order), then it shall make a simultaneous response to the complaint in the
8 above-captioned matter.

9       PLAINTIFF AND DEFENDANT LPL AMERICA, BY AND THROUGH THEIR
10 RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE  AS
11 FOLLOWS:

12     1.    The deadline for LPL America to respond to any Complaint in the above-
13 captioned case shall be extended until the earlier of the following two dates:  (1)  forty-five days
14 after the filing of Consolidated Amended Complaint(s) in the transferee court in which the LCD
15 Cases are consolidated by the JPML; or (2) forty-five days after plaintiffs provide written notice
16 to LPL America that they do not intend to file a Consolidated Amended Complaint, provided that
17 such notice may be given only after the initial case management conference in the MDL
18 transferee court in this case.

19     2.    This extension is available, without further stipulation with counsel for
20 plaintiff or further order of the Court, to all named defendants who notify plaintiff in writing of
21 their intention to join this extension.

22     3.    This Stipulation does not constitute a  waiver by LPL America or any
23 defendant of any other defense, including but not limited to the defenses of lack of personal or
24 subject matter jurisdiction, insufficiency of process, insufficiency of service of process, or
25 improper venue.

26     4.    Notwithstanding the other terms of this Stipulation, should LPL America
27 (and other named defendant who provides notice of its intention to join this extension provided by
28 this Stipulation) respond to any complaint in another LCD case filed in another United States

1239544.2     - 2 -    SECOND AMENDED STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME  CASE NO. C 06-07644 (MMC)

District Court prior to the date contemplated by this Stipulation (except pursuant to Court Order), then it shall make a simultaneous response to the complaint in the above-captioned matter.

    IT IS SO STIPULATED.

DATED: February 6, 2007    Respectfully submitted,

    MUNGER, TOLLES & OLSON LLP

By:  /s/ *Jerome C. Roth*
    JEROME C. ROTH
    Attorneys for Defendant
    LG.PHILIPS LCD AMERICA, INC

Of Counsel:

Michael R. Lazerwitz
Jeremy J. Calsyn
Lee F. Berger
CLEARY GOTTLIEB STEEN &
 HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999

DATED: February 6, 2007    SAVERI & SAVERI, INC.

By:  /s/ *R. Alexander Saveri*
    GUIDO SAVERI
    R. ALEXANDER SAVERI
    CADIO ZIRPOLI
    Attorneys for Plaintiff
    CRAGO CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: February 7, 2007    _____
    Honorable Maxine M. Chesney
    Judge of the United States District Court

1239544.2  - 3 -  SECOND AMENDED STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME  CASE NO. C 06-07644 (MMC)